# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-71883 PJS  
**Case Name:** BORER, ROBERT C., III  
BORER, SHERRI T.  
**Period Ending:** 03/31/10

**Trustee:** (420470) Timothy J. Miller  
**Filed (f) or Converted (c):** 12/31/08 (f)  
**§341(a) Meeting Date:** 02/11/09  
**Claims Bar Date:** 10/13/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Cash | 50.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash | 25.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking and Savings, Bank of America, Saline Br | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking, Key Bank, Saline Branch (no balance, a | 1.00 | 0.00 | DA | 0.00 | FA |
| 5 | Share/Draft MSU Federal Credit Union (account ov | 0.00 | 0.00 | DA | 0.00 | FA |
| 6 | Share account University of Michigan Credit Unio | 5.00 | 0.00 | DA | 0.00 | FA |
| 7 | Checking, TCF Bank, Saline, Michigan d/b/a accou | 300.00 | 0.00 | DA | 0.00 | FA |
| 8 | Security Deposit, Landlord: Pam Mouat | 700.00 | 0.00 | DA | 0.00 | FA |
| 9 | Household furnishing | 2,400.00 | 0.00 | DA | 0.00 | FA |
| 10 | Husband's clothing | 200.00 | 0.00 | DA | 0.00 | FA |
| 11 | Wife's clothing | 400.00 | 0.00 | DA | 0.00 | FA |
| 12 | engagement ring, costume jewelry, | 600.00 | 0.00 | DA | 0.00 | FA |
| 13 | wedding band, watches (2 old), | 500.00 | 0.00 | DA | 0.00 | FA |
| 14 | windsurfer (15 year old) | 25.00 | 0.00 | DA | 0.00 | FA |
| 15 | Life insurance, universal whole life, Commonweal | 9,932.34 | 0.00 | DA | 0.00 | FA |
| 16 | IRA - Jackson Life | 7,812.30 | 0.00 | DA | 0.00 | FA |
| 17 | IRA - Prudential | 50,106.85 | 0.00 | DA | 0.00 | FA |
| 18 | IRA- Prudential | 7,113.88 | 0.00 | DA | 0.00 | FA |
| 19 | IRA-Options Express | 8,214.00 | 0.00 | DA | 0.00 | FA |
| 20 | IRA-Janus | 934.00 | 0.00 | DA | 0.00 | FA |
| 21 | IRA- Sterling Trust | 7,505.50 | 0.00 | DA | 0.00 | FA |
| 22 | Borer Family Chiropractic, LLC 210 W. Michigan A | 14,000.00 | 0.00 | DA | 0.00 | FA |
| 23 | Borer Real Estate Company, LLC (primary asset is | 30.00 | 0.00 | DA | 0.00 | FA |
| 24 | Bob B Proper T, LLC (sole real estate asset, no | 1.00 | 0.00 | DA | 0.00 | FA |
| 25 | 2008 estimated tax refund, debtor reserves right | 500.00 | 0.00 | DA | 0.00 | FA |
| 26 | Settlement of realty litigation (re. 7507 Essex, (See Footnote) | 5,000.00 | 10,000.00 | | 1,500.00 | 8,500.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-71883 PJS  
**Case Name:** BORER, ROBERT C., III  
BORER, SHERRI T.  
**Period Ending:** 03/31/10

**Trustee:** (420470) Timothy J. Miller  
**Filed (f) or Converted (c):** 12/31/08 (f)  
**§341(a) Meeting Date:** 02/11/09  
**Claims Bar Date:** 10/13/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 27 | 2002 Subaru (50,000) | 8,535.00 | 0.00 | DA | 0.00 | FA |
| 28 | 1996 Plymouth Voyager (198,000) | 815.00 | 0.00 | DA | 0.00 | FA |
| 29 | 1996 Saab 900 (not driveable) | 500.00 | 0.00 | DA | 0.00 | FA |
| 30 | (1) Cat | 1.00 | 0.00 | DA | 0.00 | FA |
| 31 | misc household tools | 100.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.47 | Unknown |
| 32 | Assets Totals (Excluding unknown values) | **$127,306.87** | **$10,000.00** | | **$1,500.47** | **$8,500.00** |

RE PROP# 26   Debtor's valuation was based on present value estimate. Debtors waived exemption rights to the property described as "settlement of Realty litigation (re. 7507 Essex, Ypsilanti, MI) $10,000 payable [lower value at filing date] in $100/month installments w/o interest., owed by Efrion & Sherri Smith" per order May 14, 2009. Debtors collected $700.00 post-petition and will turn that amount over to the Trustee. Trustee will collect balance from Efrion and Sherri Smith in $100 monthly payments.

**Major Activities Affecting Case Closing:**

Received copies of tax returns for 07 LLCs and 2008 finance statements for LLCs. Rule 2004 exam completed. Collection of payments from Smiths to continue.

**Initial Projected Date Of Final Report (TFR):** April 30, 2010  **Current Projected Date Of Final Report (TFR):** December 27, 2011

_____  
April 23, 2010  
Date

/s/ Timothy J. Miller  
_____  
Timothy J. Miller

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case Number:** | 08-71883 PJS |
| **Case Name:** | BORER, ROBERT C., III |
| | BORER, SHERRI T. |
| **Taxpayer ID #:** | **-***4576 |
| **Period Ending:** | 03/31/10 |

| | |
|---|---|
| **Trustee:** | Timothy J. Miller (420470) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****01-65 - Money Market Account |
| **Blanket Bond:** | $2,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/02/09 | {26} | Robert Borer | Payments collected post-petition by debtors p/o 5/14/09 | 1129-000 | 700.00 | | 700.00 |
| 06/04/09 | {26} | Efrion Smith | Installment payment p/o 5/14/09 | 1129-000 | 100.00 | | 800.00 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 800.02 |
| 07/07/09 | {26} | Efrion Smith | Installment payment p/o 5/14/09 | 1129-000 | 100.00 | | 900.02 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.03 | | 900.05 |
| 08/10/09 | {26} | Efrion Smith | Installment payment p/o 5/14/09 | 1129-000 | 100.00 | | 1,000.05 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 1,000.09 |
| 09/15/09 | {26} | Efrion Smith | Installment payment p/o 5/14/09 | 1129-000 | 100.00 | | 1,100.09 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 1,100.13 |
| 10/07/09 | {26} | Efrion Smith | Installment payment p/o 5/14/09 | 1129-000 | 100.00 | | 1,200.13 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 1,200.17 |
| 11/19/09 | {26} | Efrion Smith | Installment payment p/o 5/14/09 | 1129-000 | 100.00 | | 1,300.17 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 1,300.22 |
| 12/17/09 | {26} | Efrion Smith | Installment payment p/o 5/14/09 | 1129-000 | 100.00 | | 1,400.22 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 1,400.27 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 1,400.32 |
| 02/02/10 | | Wire out to BNYM account 9200******0165 | Wire out to BNYM account 9200******0165 | 9999-000 | -1,400.32 | | 0.00 |

| | | | |
|---|---:|---:|---:|
| **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | | -1,400.32 | 0.00 | |
| **Subtotal** | | 1,400.32 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$1,400.32** | **$0.00** | |

{} Asset reference(s)

Printed: 04/22/2010 04:17 PM V.12.06

08-71883-pjs    Doc 30    Filed 04/23/10    Entered 04/23/10 10:40:46    Page 3 of 4

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 08-71883 PJS  
**Case Name:** BORER, ROBERT C., III  
BORER, SHERRI T.  
**Taxpayer ID #:** **-***4576  
**Period Ending:** 03/31/10

**Trustee:** Timothy J. Miller (420470)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******01-65 - Money Market Account  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 02/02/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********0165 | Wire in from JPMorgan Chase Bank, N.A. account ********0165 | 9999-000 | 1,400.32 | | 1,400.32 |
| 02/26/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.06 | | 1,400.38 |
| 03/04/10 | {26} | Efrion Smith | Installment payment p/o 5/14/09 | 1129-000 | 100.00 | | 1,500.38 |
| 03/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.09 | | 1,500.47 |
| | | | **ACCOUNT TOTALS** | | 1,500.47 | 0.00 | $1,500.47 |
| | | | Less: Bank Transfers | | 1,400.32 | 0.00 | |
| | | | **Subtotal** | | 100.15 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $100.15 | $0.00 | |

Net Receipts : 1,500.47  
Net Estate : $1,500.47

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****01-65 | 1,400.32 | 0.00 | 0.00 |
| MMA # 9200-******01-65 | 100.15 | 0.00 | 1,500.47 |
| | $1,500.47 | $0.00 | $1,500.47 |

April 23, 2010  
_____  
Date

/s/ Timothy J. Miller  
_____  
Timothy J. Miller

{} Asset reference(s)  
Printed: 04/22/2010 04:17 PM  
V.12.06